May 15, 1962

No. 66767.—Pharmacia Laboratories, Inc. v. United States, protest 60/28308 (B). Protest dismissed March 26, 1962.   (Not published.)   Plaintiff's application for rehearing granted.

May 16, 1962

No. 66768.—Iwai New York, Inc. v. United States, protests 61/9257 and 61/10653. Protests abandoned March 29, 1962.   (Not published.)   Plaintiff's application for rehearing granted.

No. 66769.—Mitsui & Co., Ltd., et al. v. United States, protests 61/9828, etc. Protests abandoned March 27, 1962.   (Not published.)   (Initial No. 314277–K.)   Plaintiffs' application for rehearing granted.

Before the First Division, May 21, 1962

No. 66770.—Ross Products, Inc. v. United States, protests 61/224 and 61/14480 (New York).

Opinion by Oliver, C.J.   In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.